IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA JUAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:16-cv-00246 |
| | § | |
| GEOVERA SPECIALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Rosa Juarez and Defendant GeoVera Specialty Insurance Company hereby stipulate to the voluntary dismissal without prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant GeoVera Specialty Insurance Company are hereby dismissed without prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 3rd day of February 2017.

Respectfully submitted,

*/s/ Rosita Juarez\**
Rosa Juarez
2481 Frankfurt Street
Brownsville, Texas 78520
Telephone: (956) 621-3156

**PLAINTIFF, PRO SE**
*Signed with Permission (original signature received)

and

*/s/ Adrienne H. Nelson*
Rhonda J. Thompson, Attorney-In-Charge
SBOT: 24029862
Adrienne H. Nelson, Of Counsel
SBOT: 24069867
**THOMPSON, COE, COUSINS & IRONS, LLP**
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
E-mail:  rthompson@thompsoncoe.com
E-mail:  anelson@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of February, a true and correct copy of the foregoing was delivered to the following pro see litigant by certified mail, return receipt requested pursuant to the Federal Rules of Civil Procedure:

**Via Certified Mail, RRR:**
Rosa Juarez
2481 Frankfurt Street
Brownsville, Texas 78520
  *Plaintiff, Pro Se*

*/s/ Adrienne H. Nelson*
Rhonda J. Thompson
Adrienne H. Nelson